IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re   Anita Miranda | ) | Chapter 13 |
| | ) | |
| Debtor | ) | No. 17-14154-AMC |
| | ) | |
| | ) | |

**CERTIFICATION OF NO RESPONSE**

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor