United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14154-amc
Anita Miranda                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW         Page 1 of 1              Date Rcvd: Apr 10, 2019
                             Form ID: trc            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13984956        +E-mail/Text: bankruptcy@loanpacific.com Apr 11 2019 02:38:18       PACIFIC UNION FINANCIAL, LLC,
              1603 LBJ Freeway, Ste 500,    Farmers Branch, TX 75234-6071
                                                                             TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Anita  Miranda dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor   PACIFIC UNION FINANCIAL LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   PACIFIC UNION FINANCIAL LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                   TOTAL: 5

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14154-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Anita Miranda
920 Foulkrod Street
Philadelphia PA 19124

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/10/2019.

Name and Address of Alleged Transferor(s):

Claim No. 5: PACIFIC UNION FINANCIAL, LLC, 1603 LBJ Freeway, Ste 500, Farmers Branch, TX 75234

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/12/19

Tim McGrath
**CLERK OF THE COURT**