United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 17-14154-amc
Anita Miranda                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW             Page 1 of 3                 Date Rcvd: Jul 08, 2019
                              Form ID: pdf900            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
```
db            +Anita Miranda,    920 Foulkrod Street,     Philadelphia, PA 19124-2407
cr            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
13948579      +AmeriCredit Financial Services, Inc., dba GM Finan,    P O Box 183853,
                Arlington, TX 76096-3853
13934805      +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
13934808      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
13934809      +Bureau of Accout Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
13934812      +Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
13934813      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
13934815      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13934821      +Fed Loan Srvcg,    Po Box 69184,    Harrisburg, PA 17106-9184
13934827      +Fedloan,    Po Box 69184,    Harrisburg, PA 17106-9184
13934830      +Fortiva/Atlanticus,    Po Box 10555,    Atlanta, GA 30310-0555
14304681      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619094,    Dallas, TX 75261-9094
13978170      +PACIFIC UNION FINANCIAL LLC,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
                701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13984956      +PACIFIC UNION FINANCIAL, LLC,    1603 LBJ Freeway, Ste 500,    Farmers Branch, TX 75234-6071
13934834      +Pacific Union Financia,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
13934841      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14001883       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
13967539       eCAST Settlement Corporation,    PO Box 35480,    Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 09 2019 03:13:22     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 09 2019 03:12:59
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 09 2019 03:13:19     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2019 03:12:43
                AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 03:28:25
                PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:20     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13934806       E-mail/Text: membersolutions@ardentcu.org Jul 09 2019 03:12:36     Ardent Federal Credit,
                1500 Spring Garden St St,    Philadelphia, PA 19130
13948579      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2019 03:12:43
                AmeriCredit Financial Services, Inc., dba GM Finan,    P O Box 183853,
                Arlington, TX 76096-3853
13934805      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2019 03:12:43
                AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
14023690       E-mail/Text: megan.harper@phila.gov Jul 09 2019 03:13:22     City of Philadelphia,
                Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13934811      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 03:30:21     Capital One,
                Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
13949527       E-mail/Text: mrdiscen@discover.com Jul 09 2019 03:12:38     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13934814      +E-mail/Text: mrdiscen@discover.com Jul 09 2019 03:12:38     Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
14002872       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 03:28:33
                LVNV Funding, LLC its successors and assigns as,    assignee of Wilmington Savings Fund,
                Society FSB,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14028453       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 03:29:21
                LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                Greenville, SC  29603-0587
13934831      +E-mail/Text: bk@lendingclub.com Jul 09 2019 03:13:26     Lending Club Corp,    71 Stevenson St,
                Suite 300,    San Francisco, CA 94105-2985
14003837      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2019 03:13:06     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
13962897       E-mail/PDF: cbp@onemainfinancial.com Jul 09 2019 03:30:18     OneMain,    P.O. Box 3251,
                Evansville, IN.  47731-3251
13934832      +E-mail/PDF: cbp@onemainfinancial.com Jul 09 2019 03:28:19     OneMain,    Attn: Bankruptcy,
                601 Nw 2nd St,    Evansville, IN 47708-1013
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 3                   Date Rcvd: Jul 08, 2019
                              Form ID: pdf900             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13988311          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 03:28:25
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13935435         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 03:30:09
                   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13993464          E-mail/Text: bnc-quantum@quantum3group.com Jul 09 2019 03:12:51
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13934835         +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:21      Syncb/ccmids,    Po Box 96060,
                   Orlando, FL 32896-0001
13934836         +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:21      Synchrony Bank/Amazon,
                   Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13934837         +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:30:19      Synchrony Bank/Care Credit,
                   950 Forrer Blvd,    Kettering, OH 45420-1469
13934838         +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:21      Synchrony Bank/Funancing,
                   Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13934839         +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:29      Synchrony Bank/Lowes,
                   Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13934840         +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:21      Synchrony Bank/Walmart,
                   Po Box 965024,    Orlando, FL 32896-5024
14016719         +E-mail/Text: bncmail@w-legal.com Jul 09 2019 03:13:12       TD Bank USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14026060         +E-mail/Text: megan.harper@phila.gov Jul 09 2019 03:13:22       The City of Philadelphia,
                   c/o Megan N. Harper,    1401 JFK Blvd, Rm 580,    Philadelphia, PA 19102-1640
13934842         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 09 2019 03:12:35
                    Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                   Weldon Springs, MO 63304-2225
                                                                                                TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             eCAST Settlement Corporation,    PO Box 35480,    Newark, NJ  07193-5480
13934807*      ++ARDENT CREDIT UNION,    1500 SPRING GARDEN STREET,    STE 500,    PHILADELPHIA PA 19130-4070
                (address filed with court:   Ardent Federal Credit,    1500 Spring Garden St St,
                  Philadelphia, PA 19130)
13934810*       +Bureau of Accout Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
13934816*       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13934817*       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13934818*       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13934819*       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13934820*       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13934822*       +Fed Loan Srvcg,    Po Box 69184,    Harrisburg, PA 17106-9184
13934823*       +Fed Loan Srvcg,    Po Box 69184,    Harrisburg, PA 17106-9184
13934824*       +Fed Loan Srvcg,    Po Box 69184,    Harrisburg, PA 17106-9184
13934825*       +Fed Loan Srvcg,    Po Box 69184,    Harrisburg, PA 17106-9184
13934826*       +Fed Loan Srvcg,    Po Box 69184,    Harrisburg, PA 17106-9184
13934828*       +Fedloan,    Po Box 69184,    Harrisburg, PA 17106-9184
13934829*       +Fedloan,    Po Box 69184,    Harrisburg, PA 17106-9184
14003839*       +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
13934833*       +OneMain,    Attn: Bankruptcy,    601 Nw 2nd St,    Evansville, IN 47708-1013
14105623*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
                                                                                              TOTALS: 0, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                       Signature:   /s/Joseph Speetjens

```
District/off: 0313-2           User: ChrissyW              Page 3 of 3                    Date Rcvd: Jul 08, 2019
                               Form ID: pdf900             Total Noticed: 47
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Anita  Miranda dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PACIFIC UNION FINANCIAL LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PACIFIC UNION FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANITA  MIRANDA | Chapter 13 |
| Debtor | Bankruptcy No. 17-14154-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this  8th  day of  July , 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
ANITA  MIRANDA

920 FOULKROD STREET

PHILADELPHIA, PA 19124-